**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**Long Island Federal Courthouse**
**814 Federal Plaza**
**Central Islip, NY 11722-4451**
**(631) 712-5730**

**BEFORE: ARLENE R. LINDSAY**
**United States Magistrate Judge**

**DATE: 5/1/2024**

**TIME: 11:30 AM**

**DOCKET NO: 23-cv-7461 (GRB)(ARL)**

**CASE: Santander Consumer USA, Inc. v. Village of Rockville Centre**

**_X_ INITIAL CONFERENCE**
**___ STATUS CONFERENCE**
**_X_ SCHEDULING CONFERENCE** **BY TELEPHONE _X__**
**_X_ SETTLEMENT CONFERENCE**
**__ FINAL CONFERENCE**
**___ MOTION HEARING**

| APPEARANCES: | FOR PLAINTIFF: | FOR DEFENDANTS: |
|---|---|---|
| | Nicholas A. Duston | William J. Croutier |

**The following rulings were made:**

**The matter is referred to mediation, which shall be completed by August 2, 2024. The parties proposed discovery schedule was approved. A schedule will be issued under a separate order.**

**SO ORDERED:**

**___________/s/____________**